UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                        Plaintiff,

   -v-

CITY OF NEW YORK; CIB WILLIAMS; SECURITY OFFICER LYNCH; C.O. MORALES; CAPT. LEMON; GRVC WARDEN JANE/JOHN DOE; CAPTAIN PHILLIPS; C.O. KRISTINA FORD,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, March 22, 2021,** if Defendants have not already done so, Defendants shall identify to Plaintiff all Corrections personnel who "were present at, witnessed or investigated the Incident [referring to the event or events described in the complaint] or who at or about the time of the Incident were assigned to work in the area where the Incident occurred . . ." Local Rule 33.2, Interrogatory No. 2.[1]

By **Monday, April 5, 2021**, Mr. Genao shall file his letter-motion requesting to amend the complaint, along with, as an exhibit, the proposed amended complaint. Mr. Genao should identify purported individual defendants with particularity, including, if known, their names and badge/shield numbers. Defendants' answer or other response to the complaint shall be due thirty (30) days after Mr. Genao's proposed amended complaint becomes the operative amended complaint. Alternatively, if Mr. Genao does not file a proposed amended complaint in

---

[1] This order should not be construed to limit Defendants' disclosure obligations under Local Rule 33.2, responses to which were due on Thursday, February 18, 2021. (See ECF No. 13.)

accordance with this order, by **Monday, May 3, 2021**, Defendants shall respond to the complaint (ECF No. 1).

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Genao at the address below.

Dated:   New York, New York
         March 8, 2021

SO ORDERED

*Sarah L. Cave*
_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   Gabino Genao
           Inmate No. 113-17-00734
           125 White Street
           New York, New York 10013