UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, C.O. MARSHA LYNCH # 8546, C.O. DREW WILLIAMS # 531, C.O. ANTHONY MORALES, JR # 14587, CAPT. PHILLIPS ADJUDICATION # 1176, C.O. KRISTINA FORD, RHU DR. HO MENTAL HEALTH, CAPT. KEISHA LEMON #946,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The telephone status conference scheduled for Monday, April 11, 2022 at 12:00 pm on the Court's conference line (ECF No. 76) is ADJOURNED to **Thursday, May 12, 2022 at 2:00 pm** on the Court's conference line. The parties are directed to call 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby **ORDERED** that the Warden or other official in charge of the Department of Correction's ("DOC") North Infirmary Command ("NIC"), or any other facility within the DOC where Mr. Genao is then housed, produce Plaintiff pro se Gabino Genao, Book and Case No. 1131700734, on **Thursday, May 12, 2022** no later than **1:45 pm** (15 min. in advance), to a suitable location within the DOC that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

The Court Orders Defendants' counsel to promptly transmit this Order to the DOC Warden responsible for Plaintiff's custody and to facilitate Plaintiff's presence at the upcoming telephone conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:   New York, New York
         April 7, 2022

Mail To:   Gabino Genao
           Inmate No. 113-17-00734
           North Infirmary Command (NIC)
           15-00 Hazen Street
           East Elmhurst, New York 11370

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

2