UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the initial conference held today, May 12, 2022, the Court orders as follows:

1. Defendants' counsel shall mail to pro se Plaintiff Gabino Genao ("Mr. Genao") at the address listed below, copies of:
    a. Defendants' Interrogatories and Requests for Production of Documents;
    b. Defendants' Responses to Plaintiff's Interrogatories and Requests for Admissions.
2. Defendants' counsel shall investigate whether the Department of Corrections employed a different Officer Lynch at the time of the events alleged in the Amended Complaint (ECF No. 46). If that investigation reveals that C.O. Marsha Lynch is not a proper Defendant in this case, Defendant shall notify the Court and conduct a reasonable search for and produce any Command Discipline Records for the correct Officer Lynch.
3. The fact discovery deadline is extended to **Monday, July 11, 2022**.
4. The Court will hold a status conference on **Friday, June 24, 2022 at 1:00 pm** on the Court's conference line. The parties should be prepared to discuss at this conference: (i) the status of fact discovery; (ii) any progress in identifying an

alternative Officer Lynch, and (iii) Defendants' production of documents. The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby **ORDERED** that the Warden or other official in charge of the Elmira Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on **June 24, 2022**, no later than **12:45 pm** (15 min. in advance), to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must: (1) transmit this order to the Warden immediately, and (2) contact the Elmira Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:   New York, New York
         May 12, 2022

                                         SO ORDERED.

                                         _____
                                         SARAH L. CAVE
                                         United States Magistrate Judge

Mail To:   Gabino Genao
           Inmate No. 22B1480
           Elmira Correctional Facility
           P.O. Box 500
           Elmira, New York 10492-0500