UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                                    Plaintiff,


            -v-                                                                 CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

                                                                                **ORDER**

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O.
DREW WILLIAMS; C.O. ANTHONY MORALES JR.;
CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO;
and CAPT. KEISHA LEMON,

                                    Defendants.


**SARAH L. CAVE,** United States Magistrate Judge:

The Clerk of Court is respectfully directed to mail (i) a copy of **this Order**, and (ii) the

annexed transcript of the December 20, 2018 Infraction Hearing, to Mr. Genao at the address

below.


Dated:          New York, New York
                July 6, 2022

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**

Mail To:        Gabino Genao
                ID#22B1480
                Attica C.F.
                P.O. Box 149
                Attica, NY 14011-0149

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


In re:                            :
                                      Docket #20cv6507
 GENAO,                            :

                 Plaintiff,       :

   - against -                    :

 CITY OF NEW YORK, et al.,        : New York, New York
                                    December 20, 2018
                 Defendants.      :

------------------------------------ :  INFRACTION HEARING




              INTERVIEW BETWEEN CAPTAIN KELECIA PHILLIPS
                   AND GAMBINO GENAO (PLAINTIFF)
```

```
Transcription Service:  Carole Ludwig, Transcription Services
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

USUAL APPEARANCES AT CONFERENCES AND HEARING:

For Plaintiff:          GABINO GENAO, PRO SE
                        #22B1480
                        Elmira C.F.
                        P.O. Box 500
                        Elmira, NY 14902

For Defendants:         NEW YORK CITY LAW DEPARTMENT
                        BY:  CAROLINE MCGUIRE, ESQ.
                        100 Church Street
                        New York, NY 10007

**INDEX**

**E X A M I N A T I O N S**

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| Exhibit Number | Description | ID | In | Voir Dire |
|---|---|---|---|---|
| None | | | | |

4

CAPTAIN KELECIA PHILLIPS:  Genao Gambino, NIC, today is December 20, 2018.  The time now is approximately 12:13 hours. I'm Captain Phillips of the 1448 (inaudible) Unit.  Sir, state your name and booking case number for the record.

MR. GENAO GAMBINO (THE PLAINTIFF):  Gambino, Genao, 1131700734.

CAPTAIN PHILLIPS:  Your name and booking case number has been confirmed with the report and notice of infraction as well as the MA lookup service.  We are here today reconvening a hearing which was placed in adjournment by you on October 31, 2018, Folder Number C164, and which was placed in adjournment for the following statements.

THE PLAINTIFF:  Can I object to something --

CAPTAIN PHILLIPS:  Let me finish, sir. Let me finish.  No, you can't, let me finish.  At which time you asked for a statement from Captain Lemmon (phonetic) and the question was when you seen Inmate Genao and -- when you seen Inmate Genao, why did you allow CO Ford to walk me in the crib knowing I was not from that housing area?  Captain Lemmon states was on vacation, the captain verbally stated I contacted the sec intake and was notified that Inmate Genao was a,

```
 1                                                    5
 2  being secured who was to be escorted to Housing Area
 3  9B.  The statement was given to Deputy Warden Calloway.
 4         I have a statement from CO Lynch shown on
 5  8996, what did you tell CO Morales about putting me in
 6  the housing area, ICO Lynch never spoke nor seen CO
 7  Morales on October 25, 2018, what is my SRG status?
 8  Genao Gambino is Trinitarian OAD.  What housing area
 9  did I come from?  Genao Gambino was housed in 10B
10  before going to the beam (phonetic).
11         Statement from CO Ford, why did you walk me to
12  the crib knowing I was not from the housing area? As
13  the (inaudible) building escort I was authorized to
14  bring inmate to his assigned house, not building B
15  side.
16         After the search did you find any contraband
17  in intake? ICO Ford, I was not in the intake.
18         Statement from CO Morales, 14587, what housing
19  area did you tell me I was going?  (inaudible) write-up
20  form said inmate that he was going to now B.
21         Why did, what did CO Lynch tell you to inform
22  me of?  CO Lynch did not speak to (inaudible) about
23  anything returning to said inmate.
24         I have the statement from the Inmate Jaquan
25  (phonetic), Booking Case 3491611791, the question is
```

6

1
2  did I cut you, did I slash you on November 2, 2018, at
3  0730 hours?  Inmate (inaudible) Jaquan, 349161179,
4  refused to provide a written statement but verbally
5  that MF must be crazy, leave me alone with that BS, I
6  don't write statements.  Refusal was logged on page 151
7  and the intake by Brooklyn House by CO Leeds, 10148.
8         Also, Gentech angle 11.1 (inaudible) view of
9  which I have the still shots of the incident.  This is
10 your entering the housing area.  Photo number two,
11 three, photo four, photo five, photo six --
12        THE PLAINTIFF:  Excuse me, can I ask --
13        CAPTAIN PHILLIPS:  Let me finish, sir.  Can I
14 finish?  Photo seven, photo eight, photo nine, ten,
15 eleven, twelve, thirteen, fourteen, fifteen, sixteen,
16 seventeen, eighteen, nineteen, twenty, twenty-one,
17 twenty-two, twenty-three and twenty-four. That's all
18 the documentation I have, is there anything else you
19 would like to add?
20        THE PLAINTIFF:  Yes, I'd like to address
21 (inaudible) hearing.  I never signed the waiver
22 (inaudible) signed that day and you said I wasn't
23 available to sign, which I was available to sign for. I
24 never gave you, how do you say, I never basically gave
25 you waiver or authorization to extend the hearing

7

1
2  because I was available to sign that day, you didn't
3  give me the opportunity to sign, you never stated that
4  on the record.

5          The photos that are taken that I see don't
6  show, don't have any, don't show any supporting
7  evidence towards the substantiated -- it doesn't
8  substantiate the ticket. That angle that they had is
9  too far away from the incident. There's cameras that
10 are right next to where that incident took place and I
11 would like copies of those photos, as well.

12         The officers didn't, I would like to actually
13 dispute the testimony that I was given to, that the
14 question that I asked (inaudible) as well, because they
15 basically (inaudible) putting me in a housing area
16 knowing I don't go in that housing area and they
17 basically wanted either something to happen to me, they
18 basically, like, you know, my life in jeopardy, my
19 safety at risk and I would like photos of, copies of
20 all documentation referring to this ticket, as far as
21 the pictures, as well, are concerned, as well.

22         CAPTAIN PHILLIPS:  Duly noted, I will
23 definitely take your testimony into consideration on
24 the supporting documentation, there will be a decision
25 rendered within one to five business days. If you do

8

not agree you can appeal within two days. And this

concludes this hearing.

   (end of recording)

9

C E R T I F I C A T E

I, Carole Ludwig, certify that the foregoing transcript of the infraction hearing in the case of Genao v. City of New York et al, Docket #21cv6507, was prepared using digital transcription software and is a true and accurate record of the proceedings.

Signature_____*Carole Ludwig*_____

Carole Ludwig

Date:     July 5, 2022