UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the status conference held today, August 15, 2022, the Court orders as follows:

1. The fact discovery deadline is extended to **Tuesday, October 18, 2022**.

2. Defendants' counsel shall mail to pro se Plaintiff Gabino Genao ("Mr. Genao") at the address listed below, the closing report for Defendant Correction Officer Sheldon Lynch's (# 8496) command discipline record.

3. By **Friday, August 26, 2022**, Defendants' counsel shall provide to the Court a copy of the October 2018 Pre-Detention Hearing.

4. Defendants' counsel shall advise the Court by **Friday, September 23, 2022**, whether he will represent Dr. Hung-Yi Ho.

5. The Court will hold a status conference on **Monday, September 26, 2022 at 10:30 a.m.** on the Court's conference line. The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby **ORDERED** that the Warden or other official in charge of the Attica Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on **September 26, 2022**, no later than **10:15 a.m.** (15 min. in advance), to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must: (1) transmit this order to the Warden immediately, and (2) contact the Attica Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:   New York, New York            SO ORDERED.
         August 15, 2022

*[signature]*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   Gabino Genao
           Inmate No. 22B1480
           Attica Correctional Facility
           P.O. Box 149
           Attica, New York 14011-0149