UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

  -v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER OF SERVICE**

**SARAH L. CAVE,** United States Magistrate Judge:

Because pro se Plaintiff Gabino Genao ("Mr. Genao") has been granted permission to proceed IFP, he is entitled to rely on the Court and the United States Marshals Service ("U.S. Marshals Service") to effect service. (See ECF No. 6). Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the U.S. Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Mr. Genao to effect service on Defendant Dr. Hung-Yi Ho ("Dr. Ho") through the U.S. Marshals Service, the Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 Form") for Dr. Ho. The Clerk of Court is further respectfully directed to issue a summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon Dr. Ho, at the following address:

>Dr. Hung-Yi Ho
>Risk Management Department
>King County Hospital
>451 Clarkson Avenue
>Brooklyn, New York 11203

If the complaint is not served within 90 days after the date the summons is issued, Mr. Genao should request an extension of time for service. See <u>Meilleur v. Strong</u>, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Accordingly, the Clerk of Court is respectfully directed to (i) complete the USM-285 Form with the address for Dr. Ho and deliver all documents necessary to effect service to the U.S. Marshals Service, and (ii) mail a copy of this Order to Mr. Genao at the address below.

Dated:    New York, New York            SO ORDERED.
          August 15, 2022

          _____
          SARAH L. CAVE
          United States Magistrate Judge

Mail To:    Gabino Genao
            Inmate No. 22B1480
            Attica Correctional Facility
            P.O. Box 149
            Attica, New York 14011-0149