UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to Defendants' letter-motion seeking judicial intervention regarding the refusal of pro se Plaintiff Gabino Genao ("Mr. Genao") to respond to deposition questions regarding Defendant Dr. Hung-Yi Ho (ECF No. 113 (the "Motion")), the Court orders as follows:

1. By **Friday, September 30, 2022**, Defendants shall file on the docket, and serve on Mr. Genao, the relevant portion of Mr. Genao's September 21, 2022 deposition transcript.

2. By **Friday, October 14, 2022**, Mr. Genao shall respond to the Motion.

3. The telephonic status conference scheduled for Monday, September 26, 2022 at 10:30 a.m. is **ADJOURNED** to **Tuesday, October 25, 2022 at 12:00 p.m.** on the Court's conference line. The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby ORDERED that the Warden or other official in charge of the Attica Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on Tuesday, October 25, 2022, no later than 11:45 a.m. (15 min. in advance), to a suitable

location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel.  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must:  (1) transmit this order to the Warden immediately, and  (2) contact the Attica Correctional Facility to arrange the telephone call.

4. The Clerk of Court is respectfully directed to mail this order to Mr. Genao at the address below.

Dated:     New York, New York
           September 22, 2022

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**

Mail To:   Gabino Genao
           ID#22B1480
           Attica C.F.
           P.O. Box 149
           Attica, NY 14011-0149