UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                        Plaintiff,

     -v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O.
DREW WILLIAMS; C.O. ANTHONY MORALES JR.;
CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO;
and CAPT. KEISHA LEMON,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

       The telephonic status conference scheduled for Tuesday, October 25, 2022 at 12:00 p.m. is **ADJOURNED** to **Thursday, October 27, 2022 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

       It is hereby ORDERED that the Warden or other official in charge of the Attica Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on Thursday, October 27, 2022, no later than 11:45 a.m. (15 min. in advance), to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel.  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

       It is further ORDERED that Defendants' counsel must:  (1) transmit this order to the Warden immediately, and  (2) contact the Attica Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail this order to Mr. Genao at the address below.

Dated:          New York, New York
                September 28, 2022

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**

Mail To:        Gabino Genao
                ID#22B1480
                Attica C.F.
                P.O. Box 149
                Attica, NY 14011-0149

2