UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Gabino Genao's ("Mr. Genao") letters dated October 24, 2022, (ECF Nos. 120–21), and orders as follows:

1. The Court has not had any ex parte communications with Defendants' counsel.

2. The telephonic discovery conference scheduled for Thursday, October 27, 2022 at 12:00 p.m. is **ADJOURNED** to **Monday, December 19, 2022 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

3. By **Monday, December 5, 2022**, Mr. Genao shall file his response to Defendants' letter-motion seeking judicial intervention regarding Mr. Genao's refusal to respond to deposition questions regarding Defendant Dr. Hung-Yi Ho.  (ECF No. 113).

It is hereby ORDERED that the Warden or other official in charge of the Attica Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on Monday, December 19, 2022, no later than 11:45 a.m. (15 min. in advance), to a suitable location that is equipped with

a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must: (1) transmit this order to the Warden immediately, and (2) contact the Attica Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail this order to Mr. Genao at the address below.

Dated:   New York, New York
         October 25, 2022

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge

Mail To:   Gabino Genao
           ID#22B1480
           Attica C.F.
           P.O. Box 149
           Attica, NY 14011-0149

2