UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                  Plaintiff,

  -v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On October 25, 2022, the Court directed pro se Plaintiff Gabino Genao ("Mr. Genao") to file his response to Defendants' letter-motion seeking judicial intervention regarding Mr. Genao's refusal to respond to deposition questions regarding Defendant Dr. Hung-Yi Ho (the "Response"). (ECF No. 122). To date, Mr. Genao has not filed the Response. Accordingly, by **Monday, December 12, 2022**, Mr. Genao shall file the Response.

The Clerk of Court is respectfully directed to mail this order to Mr. Genao at the address below.

Dated:     New York, New York
            December 6, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Gabino Genao
           ID#22B1480
           Auburn C.F.
           P.O. Box 618
           Auburn, NY 13024-9000