
**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**INNA SHAPOVALOVA**
*Senior Counsel*
Tel.: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

December 9, 2022

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Gabino Genao v. City of New York, et al.,
              20 Civ. 6507 (PGG) (SLC)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Drew Williams, Anthony Morales, Jr., Keisha Lemon, Kristina Ford, Kelecia Phillips, and Sheldon Lynch ("defendants") in the above-referenced matter.[1] I write to respectfully request an adjournment of the telephonic discovery conference currently scheduled for December 19, 2022 at 12:00 p.m. This is the defendants' first request of this kind. The undersigned was unable to contact plaintiff for his consent due to his current incarceration status.

      In accordance with Your Honor's November 30, 2022 Order, Assistant Corporation Esther Kim contacted the Auburn Correctional Facility to transmit the Order and to arrange for the production of plaintiff for the telephonic conference currently scheduled for December 19, 2022 at 12:00 p.m. ACC Esther Kim was informed that plaintiff cannot be produced at that time because the Department of Corrections and Community Supervision liaison has another previously scheduled court appearance with another inmate. Additionally, our Office was informed that plaintiff is currently in the Auburn Correctional Facility's special housing unit and that all inmates in the special housing unit can only be produced for phone calls at 1:00 p.m.

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is awaiting admission to the New York Bar. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

Accordingly, the undersigned respectfully requests an adjournment of the telephonic discovery conference currently scheduled for December 19, 2022 at 12:00 p.m. to a later date convenient for the Court and respectfully requests that the conference be scheduled to begin at 1 p.m.[2]

I thank the Court for its time and consideration of this request.

> Defendants' letter-motion seeking to adjourn the conference scheduled for Monday, December 19, 2022 at 12:00 p.m. is GRANTED, and the conference is ADJOURNED to **Monday, December 19, 2022 at 1:15 p.m.** The Court shall separately issue an amended order to produce.
>
> The Clerk of Court is respectfully directed to close ECF No. 129 and mail a copy of this order to Mr. Genao at the address below.
>
> SO ORDERED 12/09/22
>
> SARAH L. CAVE
> United States Magistrate Judge

cc:   **VIA FIRST-CLASS MAIL**
Gabino Genao
*Plaintiff pro se*
DIN: 22B1480
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024-9000

---

[2] The undersigned respectfully requests the Court not adjourn the conference to the week of January 9, 2023, as the undersigned is currently staffed on a trial scheduled to begin on January 9, 2023 in the matter of Richard Williams v. Detective Matthew Vahey, 20-CV-2560.