UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                    Plaintiff,


         -v-


CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O.
DREW WILLIAMS; C.O. ANTHONY MORALES JR.;
CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO;
and CAPT. KEISHA LEMON,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**AMENDED ORDER
TO PRODUCE**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendants' letter dated December 9, 2022.  (ECF No. 129).  To ensure that Mr. Genao can attend the telephonic discovery conference scheduled for **Monday, December 19, 2022 at 1:15 p.m.** to address the parties' deposition dispute (ECF No. 122), the Court orders as follows:

It is hereby ORDERED that the Warden or other official in charge of the Auburn Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on **Monday, December 19, 2022**, no later than 1:00 p.m. (15 min. in advance), to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel.  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must:  (1) transmit this order to the Warden immediately, and  (2) contact the Auburn Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail this order to Mr. Genao at the address below.

Dated:       New York, New York
             December 9, 2022

                                    SO ORDERED.


                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge

Mail To:     Gabino Genao
             ID#22B1480
             Auburn C.F.
             P.O. Box 618
             Auburn, NY 13024-9000