UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 19, 2022, the Court directed Defendants' counsel to re-send to pro se Plaintiff Gabino Genao ("Mr. Genao") at Attica C.F., P.O. Box 149, Attica, New York 14011-0149, a CD containing the audio of the December 2018 hearing (the "CD"). (ECF No. 134 at 1–2). On December 23, 2022, Mr. Genao advised the Court that he had been transferred to Fishkill Correctional Facility ("Fishkill C.F."). (ECF No. 135). Accordingly, the Court directs Defendants' counsel to re-send to Mr. Genao the CD to the address listed below.

The Clerk of Court is respectfully directed to (i) update Mr. Genao's address on the docket to reflect the transfer to Fishkill C.F., and (ii) mail a copy of this Order and ECF No. 134 to Mr. Genao at the address below.

Dated:     New York, New York
              December 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

Mail To:       Gabino Genao
                  ID#22B1480
                  Fishkill C.F.
                  P.O. Box 1245
                  Beacon, NY 12508-0307