UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On December 19, 2022, the Court informed the parties that once Dr. Hung-Yi Ho ("Dr. Ho") had been served, the Court intended to set (i) a deadline for Dr. Ho's appearance and (ii) a telephonic conference to discuss with the parties any outstanding discovery. (ECF No. 134 at 1). On January 3, 2023, the United States Marshals Service advised the Court that they had served Dr. Ho with the Summons and Amended Complaint on December 21, 2022, (see ECF No. 137), and Dr. Ho's answer is due on January 11, 2023. Accordingly, the Court orders as follows:

1. By **Monday, January 9, 2023**, Defendants' counsel shall advise the Court whether they will represent Dr. Ho.

2. By **Wednesday, January 11, 2023**, Dr. Ho shall (i) appear as a Defendant in this matter, and (ii) file her answer to the amended complaint (ECF No. 46).

3. A telephonic conference is scheduled for **Thursday, February 2, 2023 at 2:00 p.m.** on the Court's conference line.  The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

It is hereby ORDERED that the Warden or other official in charge of the Fishkill Correctional Facility, produce Mr. Genao, Department Identification No. 22B1480, on Thursday, February 2, 2023, no later than 1:45 p.m. (15 min. in advance), to a suitable location that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel.  If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must:  (1) transmit this order to the Warden immediately, and  (2) contact the Fishkill Correctional Facility to arrange the telephone call.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:     New York, New York                    SO ORDERED.
           January 5, 2023

                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**

Mail To:   Gabino Genao
           ID#22B1480
           Fishkill C.F.
           P.O. Box 1245
           Beacon, NY 12508-0307