UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

      The Court is in receipt of pro se Plaintiff Gabino Genao's ("Mr. Genao") letter-motion requesting permission to communicate with Defendants' counsel via email, and that his email serve as the primary "form of communication moving forward during litigation." (ECF No. 143 (the "Letter")). On February 7, 2023, the Court denied Mr. Genao's request, to the extent he requested electronic communications serve as the primary "form of communication[,]" and directed Defendants' counsel, by February 10, 2023, to advise whether they consent to communicating with Mr. Genao via email. (ECF No. 144). On February 10, 2023, Defendants advised the Court that they consent to communicating with Mr. Genao via email, but raised concerns regarding the authorship of communications from that email. (ECF No. 145). Accordingly, Mr. Genao and Defendants' counsel may communicate via email, so long as (i) Mr. Genao only sends communications from the email address specified in the Letter (i.e., genaog20@gmail.com), and (ii) Mr. Genao is the only author of communications from the email.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

| | | |
|---|---|---|
| Dated: | New York, New York<br>February 10, 2023 | SO ORDERED.<br><br>_____<br>SARAH L. CAVE<br>**United States Magistrate Judge** |
| Mail To: | Gabino Genao<br>ID#22B1480<br>Fishkill C.F.<br>P.O. Box 1245<br>Beacon, NY 12508-0307 | |