UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

              Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

              Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the discovery conference held today, February 15, 2023, the Court orders as follows:

1. The Court holds in abeyance the scheduling of the reopened deposition of pro se Plaintiff Gabino Genao ("Mr. Genao") (the "Deposition"), for the limited purpose of responding to Defendants' requestions regarding Dr. Hung-Yi Ho ("Dr. Ho"). By **Friday, March 17, 2023**, Defendants shall file a status letter advising the Court when they anticipate the Deposition can be scheduled.

2. By **Friday, March 17, 2023**, Defendants' counsel shall conduct a reasonable search for and produce to Mr. Genao any directives, policies, or procedures that were in place in October 2018 regarding the treatment of inmates who expressed suicidal ideations in housing unit 13B (i.e., punitive segregation).

3. By **Monday, February 27, 2023**, Mr. Genao shall complete the medical release for all Correctional Health Services records, which Defendants' counsel will prepare and send for his signature with a return-addressed envelope.

4. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:   New York, New York
         February 15, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:   Gabino Genao
           ID#22B1480
           Fishkill C.F.
           P.O. Box 1245
           Beacon, NY 12508-0307