UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                        Plaintiff,

-v-

CITY OF NEW YORK; C.O. MARSHA LYNCH; C.O. DREW WILLIAMS; C.O. ANTHONY MORALES JR.; CAPT. PHILLIPS; C.O. KRISTINA FORD, RHU DR. HO; and CAPT. KEISHA LEMON,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the status letter filed by Defendants on March 17, 2023 (ECF No. 150), and orders as follows:

1. The Court holds in abeyance the scheduling of the reopened deposition of pro se Plaintiff Gabino Genao ("Mr. Genao") (the "Deposition"), for the limited purpose of responding to Defendants' requestions regarding Dr. Hung-Yi Ho ("Dr. Ho"). By **Monday, April 10, 2023**, Defendants shall file a status letter advising the Court when they anticipate the Deposition can be scheduled.

2. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao at the address below.

Dated:    New York, New York
            March 20, 2023

SO ORDERED.

*Sarah L. Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:       Gabino Genao
                 ID#22B1480
                 Fishkill C.F.
                 P.O. Box 1245
                 Beacon, NY 12508-0307