UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                       Plaintiff,

-v-

CITY OF NEW YORK, C.O. MARSHA LYNCH, C.O. DREW WILLIAMS, C.O. ANTHONY MORALES, JR., C.O. SHELDON LYNCH, CAPTAIN KELECIA PHILLIPS, C.O. KRISTINA FORD, DR. HO, and CAPTAIN KEISHA LEMON,

                       Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendants' June 12, 2023 status letter (ECF No. 155), and orders as follows:

1. The Court holds in abeyance the scheduling of the reopened deposition (the "Deposition") of pro se Plaintiff Gabino Genao ("Mr. Genao"), for the limited purpose of responding to Defendants' questions regarding Dr. Hung-Yi Ho.

2. By **July 12, 2023**, Defendants shall file a status letter advising the Court when they anticipate the Deposition can be scheduled.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao.

Dated:     New York, New York
             June 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**