

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**EUN JEE (ESTHER) KIM**
*Assistant Corporation Counsel*
Phone: (212) 356-2340
Fax: (212) 356-3509
Email: eunkim@law.nyc.gov

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendants' request at ECF No. 176 is GRANTED.  By **May 10, 2024**, Defendants shall file a further joint status letter.
>
> The Clerk of Court is respectfully directed to close ECF No. 176.
>
> SO ORDERED.    4/26/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:  Gabino Genao v. City of New York et. al.
     20 Civ. 6507 (PGG) (SLC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Drew Williams, Anthony Morales, Jr., Keisha Lemon, Kristina Ford, Kelecia Phillips, Sheldon Lynch, and Dr. Hung-Yi Ho (hereinafter "Defendants") in the above-referenced matter. Defendants write in response to the Court's March 11, 2024 Order, and to respectfully request an extension of time, from April 25, 2024 to May 10, 2024, to submit a further status update in this matter.  This is Defendants' first request of this kind and our Office was unable to ascertain Plaintiff's position due to his current incarceration status and for the reasons set forth below.

On March 20, 2023, Your Honor granted Defendants' request of a continuance to hold in abeyance the reopened deposition of *pro se* Plaintiff Gabino Genao due to Plaintiff's current health issues and ongoing treatments, and at the Court's direction, Defendants have periodically filed status letters since the stay took effect.  See Docket Entry Nos., 151, 152, 155, 160, 163, 165, 168, 172, and 174.

On April 22, 2024, the undersigned contacted the New York State Department of Corrections and Community Supervision ("DOCCS") liaison at Plaintiff's currently assigned facility, Green Haven Correctional, to request that Plaintiff be produced via telephone to discuss his current condition and status.  The DOCCS liaison, however, informed the undersigned that the earliest date they could make Plaintiff available would not be until May 9, 2024 due to the schedule being fully booked, but that our Office would be added to the waitlist in the event of cancellations.