UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                    Plaintiff,

-v-                                          CIVIL ACTION NO.: 20 Civ. 6507 (DEH) (SLC)

CITY OF NEW YORK, C.O. MARSHA LYNCH, C.O. DREW WILLIAMS, C.O. ANTHONY MORALES, JR., C.O. SHELDON LYNCH, CAPTAIN KELECIA PHILLIPS, C.O. KRISTINA FORD, DR. HO, and CAPTAIN KEISHA LEMON,                                  **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendants' status letter at ECF No. 197 and sets the following briefing schedule for Defendants' anticipated motion for summary judgment:

- Motion: Monday, March 3, 2025
- Opposition: Monday, April 7, 2025
- Reply: Monday, April 21, 2025

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao.

Dated:     New York, New York
            January 21, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**