UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>                    Plaintiff,<br> -v-<br><br>CITY OF NEW YORK, C.O. MARSHA LYNCH, C.O. DREW WILLIAMS, C.O. ANTHONY MORALES, JR., C.O. SHELDON LYNCH, CAPTAIN KELECIA PHILLIPS, C.O. KRISTINA FORD, DR. HO, and CAPTAIN KEISHA LEMON,<br><br>                    Defendants. | CIVIL ACTION NO.: 20 Civ. 6507 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of pro se Plaintiff Gabino Genao's letter requesting a stay of his deadline to oppose Defendants' Motion for Summary Judgment on the basis that he has not yet "be[en] allowed to view/hear . . . hearing tapes that are vital" to his claims. (ECF No. 210 (the "Mar. 25 Letter")). By **Monday, March 31, 2025**, Defendants shall file a letter on the docket (the "Response") (1) responding to the assertions in the Mar. 25 Letter and (2) advising the Court as to the existence of any transcripts of the hearings described in the Mar. 25 Letter. If any such transcripts exist, Defendants shall provide copies to Mr. Genao and certify their production in the Response. Mr. Genao's request for a stay of his opposition deadline is DENIED WITHOUT PREJUDICE pending Defendants' Response.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao.

Dated:      New York, New York
            March 27, 2025
                                                              SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2