UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                      Plaintiff,

-v-

CITY OF NEW YORK, C.O. MARSHA LYNCH, C.O. DREW WILLIAMS, C.O. ANTHONY MORALES, JR., C.O. SHELDON LYNCH, CAPTAIN KELECIA PHILLIPS, C.O. KRISTINA FORD, DR. HO, and CAPTAIN KEISHA LEMON,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of Defendants' response to the Friday, March 28, 2025 Order regarding transcripts of disciplinary hearings (the "Hearings") referenced in pro se Plaintiff Gabino Genao's March 25, 2025 letter (see ECF No. 210 (the "Mar. 25 Letter")). (ECF No. 212 (the "Response")). In the Mar. 25 Letter, Mr. Genao claimed that he had not yet been able to view or listen to recordings of the Hearings and therefore requested a stay of briefing deadlines as to Defendants' pending Motion for Summary Judgment (the "Motion"). (See ECF No. 210). In the Response, Defendants state that they have provided Mr. Genao's custodians with recordings of the Hearings and previously sent Mr. Genao transcripts of the Hearings. (See ECF No. 212). Accordingly, the Court declines Mr. Genao's request to stay briefing deadlines as to Defendants' Motion and instead sua sponte EXTENDS by two weeks, to **Monday, May 5, 2025**, his deadline to file any opposition to the Motion. Defendants' deadline to file a reply in support of their Motion is also EXTENDED by two weeks, to **Monday, May 19, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao.

Dated: New York, New York
April 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**