UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                        Plaintiff,

  -v-

CITY OF NEW YORK, C.O. MARSHA LYNCH, C.O. DREW WILLIAMS, C.O. ANTHONY MORALES, JR., C.O. SHELDON LYNCH, CAPTAIN KELECIA PHILLIPS, C.O. KRISTINA FORD, DR. HO, and CAPTAIN KEISHA LEMON,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6507 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of a letter from pro se Plaintiff Gabino Genao, who requests a thirty-day extension of his deadline to oppose Defendants' currently pending Motion for Summary Judgment. (ECF No. 214). In support of his request, he states that he requires additional time because (1) he only recently viewed video footage relevant to his claims and (2) the Court permitted Defendants to file an overlength memorandum of law in support of their Motion for Summary Judgment. (Id.) For good cause shown, Mr. Genao's request is GRANTED, and the summary judgment briefing schedule is AMENDED, as follows:

1. Mr. Genao's opposition is due by **Wednesday, June 4, 2025**.

2. Defendants' reply, if any, is due by **Wednesday, June 18, 2025**.

No further extensions will be granted.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Genao.

Dated:      New York, New York
              April 30, 2025

                                                      SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**