UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENAO,

                    Plaintiff,

            v.

CITY OF NEW YORK et al.,

                    Defendants.

20-CV-6507 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff's deadline to make objections to the Report and Recommendation, ECF No. 226, was November 21, 2025. In light of Plaintiff's *pro se* status, the Court *sua sponte* extends the deadline to December 23, 2025. If no objections are filed by Plaintiff by that date, the Court will consider any objections by Plaintiff waived. No further extensions shall be granted absent a showing of good cause.

SO ORDERED.

Dated:  December 2, 2025
        New York, New York

_____
                    DALE E. HO
            United States District Judge