**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GABINO GENAO,

                            Plaintiff,

       -against-                                20 **CIVIL** 6507 (DEH)

                                              **JUDGMENT**

CITY OF NEW YORK, et al.,

                         Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2026, the Report is ADOPTED IN FULL. As set forth in the Report, there is no dispute of fact as to the merits of Mr. Genao's various claims. Defendants' Motion for Summary Judgment, ECF No. 203, is granted, and this case is DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

      February 17, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                  **BY:**         K. mango

                                        _____
                                        **Deputy Clerk**